IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19 PM 12: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| CLEOPHUS TRIBBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 02-2949 Ml/V |
| MEMPHIS CITY SCHOOLS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Amended Motion for Summary Judgment, entered May 19, 2005, judgment is hereby entered in favor of Defendant Memphis City Schools and against Plaintiff Cleophus Tribble.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

ROBERT R. DI TROLIO

MAY 19, 2005

_____
Date

_____
Clerk of Court

(By)   Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-19-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:02-CV-02949 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Cleophus Tribble
5403 Autumn Brook Drive
Memphis, TN 38141

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT