FILED BY ulu D.C.

05 JUL -7 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CLEOPHUS TRIBBLE,         )
                          )
    Plaintiff,            )
                          )
v.                        )
                          )         No. 02-2949 Ml/V
MEMPHIS CITY SCHOOLS,     )
                          )
    Defendant.            )
                          )

### ORDER DENYING PLAINTIFF'S RULE 59 MOTION TO OPEN AND/OR AMEND JUDGMENT

Before the Court is Plaintiff's Rule 59 Motion to Open and/or Amend Judgment, filed May 31, 2005. Defendant did not file a response to Plaintiff's motion. For the following reasons, Plaintiff's motion is DENIED.

On May 19, 2005, the Court granted Defendant's motion for summary judgment and dismissed all of Plaintiff's claims in this case. (See Order Granting Def.'s Amended Mot. for Summ. J. (Docket No. 52).) Plaintiff moves to open the Court's judgment pursuant to Federal Rule of Civil Procedure 59. Rule 59 allows a party to move for a new trial and to open the Court's judgment "for any of the reasons for which new trials have heretofore been granted in actions at law in the courts of the United States ...." Fed. R. Civ. P. 59. The authority to grant a new trial under Rule 59 rests within the discretion of the trial court.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-8-05



<u>Allied Chemical Corp. v. Daiflon, Inc.</u>, 449 U.S. 33, 36 (1980); <u>Montgomery Ward & Co. v. Duncan</u>, 311 U.S. 243, 251 (1940).

Plaintiff contends that the Court erred in granting Defendant's motion for summary judgment because genuine issues of material fact assertedly exist regarding whether Plaintiff could establish a prima facie case of race discrimination and whether Defendant established the existence of a legitimate non-discriminatory reason for Plaintiff's discharge. Having reviewed the record and the parties' submissions, however, the Court finds that no basis exists for opening the Court's judgment and ordering a new trial pursuant to Rule 59. Accordingly, Plaintiff's motion is DENIED.

SO ORDERED this __7__ day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:02-CV-02949 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Cleophus Tribble
5403 Autumn Brook Drive
Memphis, TN 38141

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peggy J. Lee
LEE LAW FIRM
147 Jefferson
Ste. 406
Memphis, TN 38103

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT